# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>RAMON JEREMIAH ORTIZ (3)<br>    also known as Ramon Ortiz,<br><br>                    Defendant. | Criminal Case No. 13CR3880-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

GOOD CAUSE APPEARING and upon the motion of the government, IT IS HEREBY ORDERED that the Information in the above entitled case against defendant Ramon Jeremiah Ortiz is **dismissed without prejudice**. The defendant is hereby discharged and the bond in this case is hereby exonerated.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 2, 2014

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE